**FILED**
**AUG - 4 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States District Court
for the
District of Columbia

James H. Self IV, **Plaintiff**
P.O. Box 1644
Hyattsville, MD 20788-0644

V.

Gallaudet University, **Defendant**
800 Florida Avenue, NE
Washington, DC 20002-3695

Case: 1:15-cv-01250
Assigned To : Mehta, Amit P.
Assign. Date : 8/4/2015
Description: Pro Se Gen. Civil (F)

**JURY ACTION**

COMPLAINT AND REQUEST FOR JURY TRIAL

I. JURISDICTION

1. This court has jurisdiction over plaintiff's Federal claim pursuant to 28 U.S.C. § 1332 (a)(1) and 28 U.S.C. § 1391 (a).

II. DECLARATION OF INDPENDENCE

2. First of all, I must inform you that I declared an independent of the United States of America to the United Nations and the White House dated June 17, 2013.
3. Once I take over the United States of America, then there may be another trial in my country. I take very seriously of fair trial based on the Holy Bible. It will be simple, fair, efficient, economical and quick. Absolutely, no attorneys will be involved, people can speak for themselves.
4. I do NOT endorse the United States of America's corrupt court systems. They are too complex and difficult for the average people. This is a very poor example of justice. I will not be surprised being told again "no such thing First Amendment, Freedom of Speech" as I have met various governmental officials prohibited my basic rights as far as received fire arm threat from the **BLACK** police officer.
5. In addition, ACLU and free legal service refused to represent my case which gave Gallaudet University a greater advantage of using experienced, trained and professional attorney against my ignorance and training of complex laws and procedures in court. Of course, law librarian(s) cannot help individuals since he cannot offer any legal advice to hinder everyone as much as possible. The law librarian just sits, does nothing and earns a generous portion of tax dollars from hard earned U.S. citizens' money. This is the United States of America full of disgrace!

RECEIVED
MAY 14 2015
Clerk, U.S. District and
Bankruptcy Courts

## III. FACTUAL ALLEGATIONS

6.  I asked peacefully to the **BLACK** staff at Gallaudet University for her opinion of my flyer. I left and walked to the visitor's center and made copies of my flyer. While I was waiting for my fliers, the **BLACK** security guard walked up to me and told me to leave the campus. I was being escorted by three security guards to my vehicle. He told me I cannot be on campus for one year and can file appeal online. I cooperated and left peacefully.

7.  After one year passed, I attended to church at Gallaudet University on December 7th, 2014. After I left the church, I walked to my vehicle and discovered my front left wheel on the driver's side was locked presumed by the Gallaudet University security guard. Then, I walked to the front entrance and told the security guard that my vehicle is locked on my wheel. He asked my name. I replied peacefully.

8.  Several other security guards walked up to me and questioned me, then he hand cuffed me and sent me to the security office in another building to be questioned, patted me down and made unreasonable search without a warrant through my pockets and read confidential documents without my permission and authorization. They told me I cannot pick up my vehicle on Gallaudet University property, have to ask someone to pick it up and cannot be on the campus forever.

9.  He called the DC police for unlawful entry. Two police officers immediately treated me like a criminal without any opportunity to defend myself, arrested me on Gallaudet University's behalf, hand cuffed me and sent me to jail for unlawful entry. I stayed in the jail for the day and left. I was forced to walk alone in a very dangerous area during the dark in WA DC to pick up my vehicle at the campus parking lot. The security guard waited for my arrival from the jail in security car and gave me a brief ride to my vehicle. He warned me again that I cannot be on the campus anymore. I left peacefully.

10. I was scheduled to appear Superior Court of the District Columbia on December 30th, 2014 at 9:30 A.M. for unlawful entry. Upon arrival, I was told "No Papered" meaning the trial dismissed. It wasted my time.

11. This action arises under the United States Constitution; Article five of the First Amendment, Freedom of Speech and Fourth Amendment, unreasonable searches and seizures.

12. Therefore, Gallaudet University violated the First and Fourth Amendments of the U.S. Constitution, Freedom of Speech "…the right of the people peaceably to assemble…" and "…Unreasonable searches and seizures shall not be violated…."

13. Cox v. State of La., U.S. La. 1965, 85 S. Ct. 453, 379 U.S. 536, 13 L. Ed. 2d 471 " A function of "free speech" is to invite dispute, and it may best serve its high purpose it induces condition of unrest, creates dissatisfaction with conditions as they are, or even stirs people to anger."

14. Gallaudet University is federally chartered which is also under Federal Jurisdiction.

## IV. RELIEF

Wherefore, plaintiff, King James IV, requests for relief and judgment against defendant, Gallaudet University as follows:

15. Award plaintiff at least two point five million dollars in damages as a result of defendant, Gallaudet University, barred me from completing my education, attending to church, leisure with students, staffs and visitors and not limited to wrongful jail time, unreasonable searches and seizures without a warrant, prohibited Freedom of Speech, unnecessary court appearance, humiliation, mental anguish, suffering, two years loss of education, and my time.

16. Enter an order directing defendant, Gallaudet University, to allow plaintiff, King James IV, to be on campus anytime just like the other students or visitors to peacefully assemble with the guarantee to enjoy the Freedom of Speech without restrictions of fundamental rights of the United States Constitution.

17. Enter an order directing the defendant, Gallaudet University, to prohibit unlawful searches and seizures of anyone on Gallaudet University campus without a warrant.

18. Additionally, there may be an additional penalty fee for each appeal at a minimum of two million dollars per appeal for taking away of my valuable time from the other interests, and additional two million dollars for finder's fee to fish or elicit from the defendant '(s) stupidity for being uncooperative or evasive in the court.

19. That the court awards such other and further relief it deems appropriate.

20. Have a delicious either lunch or dinner and a drink with an attorney (as long as not **BLACK)** at his expense.

21. Have a delicious either lunch or dinner and a drink with the Gallaudet University President, Dr. T. Alan Hurwitz, at his or University's expense. (separate meal of an attorney)

Respectfully Submitted

Date: 5·14·15                            Signature: _____

                                         James H. Self IV, Plaintiff
                                         P.O. Box 1644
                                         Hyattsville, MD 20788-0644

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference Policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

**Page four of four**